PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Dwayne Starks     Cr.: 22-00085-001
    PACTS #: 7078333

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/04/2023

Original Offense:    Count One: Bank Fraud 18 U.S.C. § 1344, a Class B Felony
    Count Two: Aggravated Identity Theft 18 U.S.C. § 1028A(a)(1), a Class E Felony
    Count Three: Interstate Transportation of Stolen Property 18 U.S.C. § 2314, a Class C Felony
    Count Four: Distribution and Possession with Intent to Distribute Cocaine and Heroin, a Class C Felony

Original Sentence: Time Served imprisonment, 3 years supervised release

Special Conditions: Residential Reentry Center Placement, Alcohol Testing and Treatment, Drug Testing and Treatment, Life Skills/Education, Motor Vehicle Compliance, Supporting Dependents, Victim (No Contact), Defendant is to attend 12-step meetings and obtain his GED

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/04/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.     On June 6, 2023, while in Kintock Residential Reentry Center, Mr. Starks submitted a urine sample which tested positive for buprenorphine. The urinalysis sample was sent to Phamatech Laboratories and was confirmed positive for buprenorphine.

U.S. Probation Officer Action:
Mr. Starks was verbally reprimanded for his illicit drug use and the consequences for continued illegal drug use were discussed. Mr. Starks is currently attending substance abuse treatment twice a week at Integrity House Inc., located in Newark, New Jersey, on an outpatient level. Mr. Starks will continue to attend the program to address substance abuse struggles. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Starks and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Dwayne Starks

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____   06/30/23
PATRICK HATTERSLEY          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Katharine S. Hayden
Signature of Judicial Officer

June 30, 2023
Date